United States District Court
Southern District of Texas
**ENTERED**
August 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RONALD S. HINES, | § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 1:18-CV-155 |
| KEITH PARDUE, *et al.*, | | |
| Defendants. | | |

## FINAL JUDGMENT

The Court has dismissed all of Plaintiff Ronald S. Hines's causes of action. (Order & Opinion, Doc. 103) Accordingly, it is:

**ORDERED** that Plaintiff Ronald S. Hines take nothing against Defendants.

All other relief not expressly granted is denied.

Each party shall be responsible for its own fees and costs.

This judgment is final, disposes of all parties and claims, and is appealable.

Signed on August 15, 2023.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge