United States District Court
Southern District of Texas

**ENTERED**

May 26, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

RONALD S. HINES, D.V.M.,

     *Plaintiff*,

v.

KEITH PARDUE, in his official capacity as Vice President of the Texas State Board of Veterinary Medical Examiners, *et al.*,

     *Defendants*.

Civil Action No. 1:18-cv-00155

**<u>FINAL JUDGMENT</u>**

Pursuant to the mandate of the United States Court of Appeals for the Fifth Circuit in *Hines v. Pardue*, 117 F.4th 769 (5th Cir. 2024), cert. denied sub nom. *Pardue v. Hines*, --- S. Ct. ---, 2026 WL 1052049 (2026), the Court enters judgment as follows:

1.     Plaintiff's Motion for Summary Judgment (ECF No. 83) is GRANTED.

2.     Defendants' Motion for Summary Judgment (ECF No. 82) is DENIED.

3.     The Court DECLARES that, as applied to Plaintiff Ronald S. Hines, D.V.M., Tex. Occ. Code § 801.351 may not be enforced to prohibit Plaintiff from providing veterinary advice without first physically examining the animal that is the subject of the advice, consistent with the Fifth Circuit's opinion and mandate.

4.     Judgment is entered in favor of Plaintiff Ronald S. Hines, D.V.M., and against Defendants in their official capacities on Count I of the Complaint.

5.     Consistent with the Fifth Circuit's opinion and mandate in *Hines v. Pardue*, 117 F.4th 769 (5th Cir. 2024), cert. denied sub nom. *Pardue v. Hines*, --- S. Ct. ---, 2026 WL 1052049 (2026), Defendants in their official capacities, and their

1

successors, are permanently enjoined from enforcing Tex. Occ. Code § 801.351 against Plaintiff Ronald S. Hines, D.V.M., based solely on Plaintiff's provision of veterinary advice without first physically examining the animal that is the subject of such advice.

6.      This injunction applies only to Plaintiff and only to the as-applied constitutional ruling recognized by the Fifth Circuit.

Signed on May 26, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge